IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

GONZALO GARIBAY ROMERO,

    Plaintiff,

vs.                                Case No. 16-2587-JTM

NANCY A. BERRYHILL, Acting
Commissioner of Social Security,

    Defendant.

MEMORANDUM AND ORDER

This matter is before the court on plaintiff's untimely request for attorney fees under the Equal Access to Justice Act (EAJA). By prior Order (Dkt. 19), the court deferred ruling on plaintiff's Motion for Attorney Fees (Dkt. 17) and Motion for Leave to File Out of Time (Dkt. 16), determining that an additional showing was required before the court could grant the relief sought. Because such showing has not been made within the time specified by the Order of the Court, plaintiff's motions are hereby denied.

IT IS SO ORDERED this 18th day of July, 2018.

                                                     s/ J. Thomas Marten
                                                     J. THOMAS MARTEN, JUDGE